IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02585-RPM

RITA MONTOYA,

    Plaintiff,

v.

BRIGHTON 27J SCHOOL DISTRICT,

    Defendant.

___

ORDER MODIFYING SCHEDULING ORDER

___

    Upon review of Plaintiff's Unopposed Motion to Modify the Scheduling Order [15] filed August 10, 2011, it is

    ORDERED that the motion is granted. The discovery cut-off date is extended to and including October 7, 2011, and the dispositive motion deadline is extended to and including November 11, 2011.

    Dated:   August 12th, 2011

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior District Judge