IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02585-RPM

RITA MONTOYA,

    Plaintiff,

v.

BRIGHTON 27J SCHOOL DISTRICT,

    Defendant.

___

ORDER SETTING TRIAL DATE
___

    Pursuant to the calendar call today, it is

    ORDERED that this matter is set for trial to jury on **March 19, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

    FURTHER ORDERED that a proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on or before **February 17, 2012.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED:   October 28th, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District Judge