**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-cv-02585-RPM-BNB**

RITA MONTOYA,

    Plaintiff

v.

BRIGHTON SCHOOL DISTRICT 27J,

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly agreed to the dismissal of this action with prejudice, each party to bear its or his own costs and fees, and it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

Dated this 9th day of March, 2012.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge